PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision 08-406

**Name of Offender:** Roselind Best    **Docket Number:** 03-00267-001

**Name of Sentencing Judicial Officer:** Honorable Hector M. Laffitte--reassigned to Honorable Jose L. Linares

**Date of Original Sentence:** 03/22/2004

**Original Offense:** NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

**Type of Supervision:** supervised release    **Date Supervision Commenced:** 03/28/08

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Best failed to report to probation on April 15, 2008, and according to her aunt, she has not been living at her stated residence since Thursday, April 17, 2008. Best made phone contact with our office and with the outpatient program at Integrity House to discuss her non-compliance, drug use, and treatment options. The offender was scheduled for admission into a short-term residential drug program on June 13, 2008. Due to problems with the offender obtaining a TB test for admission, the bed date was rescheduled for June 23, 2008. The offender failed to report to the office to be transported to the program. Her current whereabouts are unknown, and she is considered an absconder from supervision. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any** |

PROB 12C - Page 2
Rosalind Best

paraphernalia related to such substances, except as prescribed by a physician.'

The offender tested positive for cocaine on April 1, 2008.

3  The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

The offender failed to attend group and individual sessions at Integrity out-patient drug program. She showed up for the intake session and never came back to treatment. She later made telephone contact with the drug program and the Probation Office. She was referred for short-term residential drug treatment at Integrity, Secaucus. She failed to report on June 23, 2008 to be transported to the program.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 6/30/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/3/08
Date