UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Cr. 08-406 |
| ROSALIND BEST | : | ORDER |

A summons charging the defendant with three violations of the terms of her supervised release, contrary to Title 18, United States Code, Section 3583, having been filed on July 3, 2008; and the defendant having appeared before the Honorable Judge Madeline Cox-Arleo for an initial appearance on July 14, 2009; and the defendant having been represented by Patrick McMahon, AFPD; and the defendant currently being held in custody by the U.S. Marshals Service pending a hearing on the alleged violations;

IT IS on this 28th day of July, 2009,

ORDERED that the defendant be remanded to the custody of Probation Services in order for her to participate in an in-patient rehabilitation program; and

ORDERED that the original conditions of supervised release imposed for the defendant's underlying felony offense shall be continued, with the additional condition of placement in an in-patient rehabilitation program until successful completion of that program; and

ORDERED that, upon successful completion of the in-patient rehabilitation program, the defendant shall appear before

the Court for a hearing to resolve the charged violations.

_____
HONORABLE JOSE L. LINARES
United States District Judge

_____
RANDALL H. COOK
Assistant United States Attorney

_____
PATRICK MCMAHON
Assistant Federal Public Defender, Defense Counsel