PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Roselind Best      **Docket Number:** 08-00406-001

**Name of Sentencing Judicial Officer:** Honorable Hector M. Laffitte D/PR--reassigned to Honorable Jose L. Linares

**Date of Original Sentence:** 03/22/2004

**Original Offense:** Possession with Intent to Distribute Cocaine

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

Type of Supervision: Supervised Release      **Date Supervision Commenced:** 03/28/08

**Assistant U.S. Attorney:** Randall H. Cook, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick Mc Mahon, 1002 Broad Street, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.** |
| | Best failed to report to probation on April 15, 2008 as directed. Since completing the residential drug treatment program in January 2010, Best failed to answer the door during numerous home visits conducted by the probation office and has not returned our phone calls. Despite ongoing attempts to gain the offender's compliance, including enlisting the assistance of the offender's attorney, we have been unsuccessful. |

PROB 12C - Page 2
Rosalind Best

2      The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

        The offender tested positive for cocaine on April 1, 2008, February 24, 2010, and June 14, 2010.

3      The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

        Best failed to report to probation on June 23, 2008 to be transported to residential drug treatment. Since completing her six-month inpatient program in January 2010, Best has failed to attend intensive outpatient aftercare. She was referred to four programs and was discharged from all of them for poor attendance.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 12/15/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/15/10
Date